IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITNY KEYES, on behalf of herself and all persons similarly situated,** | : <br> : <br> : |
| Plaintiff, | : <br> : Civil Action No.: 2:18-cv-01115-TR |
| v. | : <br> : <br> : |
| **G.E.C. Restaurant Management & Design, LLC,** *et al.*, | : <br> : <br> : |
| Defendants. | : |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Britny Keyes ("Plaintiff") on behalf of herself and all others similarly-situated hereby moves pursuant to Fed. R. Civ. P. 23(e) for preliminary approval of the Class Action Settlement reached between Plaintiff and Defendants. Plaintiff respectfully moves the Court, without opposition by Defendants, to grant the following relief:

1.  Preliminarily approve the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit B;

2.  Certify under Fed. R. Civ. P. 23, for purposes of settlement, the following Settlement Class:

> All individuals who were paid wages of less than $7.25 per hour worked and were employed in a tipped position by Defendants G.E.C. Restaurant Management & Design, LLC; Green Eggs Café 1306, Inc.; B.A.R. Midtown, Inc.; Strongfish Associates, Inc. or G.E.C. Shorepoints, LLC (collectively, "Defendants"), at Defendants' Green Eggs Café locations located at: 1306 Dickinson Street, Philadelphia, Pennsylvania; 212 S. 13th Street, Philadelphia, Pennsylvania; and 719 N. 2nd Street, Philadelphia, Pennsylvania from March 14, 2015 through April 1, 2019; or at the Green Eggs Café pop-up location at Keenan's Irish Pub located at 113 Olde New Jersey Avenue, North Wildwood, New Jersey from May 1, 2017 through September 30, 2017 (the "Settlement Class");

3.	Preliminarily approve Plaintiff Britny Keyes as representative of the Settlement Class;

4.	Preliminarily approve Jennings Sigmond, P.C. as Interim Class Counsel for the Settlement Class;

5.	Preliminarily approve RG2 Claims Administration as Settlement Administrator;

6.	Preliminarily approve the Settlement Administrator's costs of claims administration, in an amount not to exceed Seven Thousand Five Hundred Dollars ($7,500.00);

7.	Approve the Settlement Class Notice, a true and correct copy of which is attached hereto as Exhibit 2 to the Settlement Agreement;

8.	Approve the proposed procedure and schedule for completing the final approval process, as set forth in the Settlement Agreement.

Dated:   May 31, 2019								Respectfully Submitted,

												JENNINGS SIGMOND, P.C.

							by:	/s/ James E. Goodley
								James E. Goodley (PA 315331)
								Marc L. Gelman (PA 78857)
								Maureen W. Marra (PA 309865)
								1835 Market Street, Suite 2800
								Philadelphia, PA 19103
								Telephone: (215) 351-0613
								Facsimile: (215) 922-3524
								jgoodley@jslex.com

								*Attorneys for Plaintiff and
								the Settlement Class*