IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRITNY KEYES, on behalf of herself and all persons similarly situated,

        Plaintiff,

v.

G.E.C. Restaurant Management & Design, LLC, *et al*.,

        Defendants.

Civil Action No.: 2:18-cv-01115-TR

## PLAINTIFF'S UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Britny Keyes ("Plaintiff") on behalf of herself and all others similarly-situated

hereby moves pursuant to Fed. R. Civ. P. 23(e) for final approval of the Class Action Settlement

reached between Plaintiff and Defendants.  Plaintiff respectfully moves the Court, without

opposition by Defendants, to grant the following relief:

1.      Finally approve the Settlement Agreement;

2.      Certify under Fed. R. Civ. P. 23, for purposes of settlement, the following

Settlement Class:

> All individuals who were paid wages of less than $7.25 per hour worked and were employed in a tipped position by Defendants G.E.C. Restaurant Management & Design, LLC; Green Eggs Café 1306, Inc.; B.A.R. Midtown, Inc.; Strongfish Associates, Inc. or G.E.C. Shorepoints, LLC (collectively, "Defendants"), at Defendants' Green Eggs Café locations located at: 1306 Dickinson Street, Philadelphia, Pennsylvania; 212 S. 13th Street, Philadelphia, Pennsylvania; and 719 N. 2nd Street, Philadelphia, Pennsylvania from March 14, 2015 through April 1, 2019; or at the Green Eggs Café pop-up location at Keenan's Irish Pub located at 113 Olde New Jersey Avenue, North Wildwood, New Jersey from May 1, 2017 through September 30, 2017 (the "Settlement Class");

3.      Finally approve Plaintiff Britny Keyes as representative of the Settlement Class,

and a $5,000 service award for her service to the Settlement Class, and further in exchange for

her additional released claims;

4.      Finally approve a $1,000 service award for Opt-In Plaintiff Rachel McCarthy for

her service to the Settlement Class, and further in exchange for her additional released claims;

5.      Finally approve a $1,000 service award for Opt-In Plaintiff Jordan Strohl for her

service to the Settlement Class, and further in exchange for her additional released claims;

6.      Finally approve Jennings Sigmond, P.C. as Class Counsel for the Settlement

Class;

7.      Finally approve Class Counsel's attorneys' fees in the amount of $132,000.00 and

costs in the amount of $8,820.59;

8.      Finally approve RG2 Claims Administration as Settlement Administrator;

9.      Finally approve the Settlement Administrator's costs of $7,500.00;

10.     Finally approve The Women's Law Center of Maryland as *cy pres* recipient;

11.     Dismiss this action with prejudice, subject to the Court to maintaining jurisdiction

over enforcement of the settlement.

Dated:   December 2, 2019                    Respectfully Submitted,

                                             JENNINGS SIGMOND, P.C.

                            by:    /s/ James E. Goodley
                                   James E. Goodley (PA 315331)
                                   Marc L. Gelman (PA 78857)
                                   Maureen W. Marra (PA 309865)
                                   1835 Market Street, Suite 2800
                                   Philadelphia, PA 19103
                                   Telephone: (215) 351-0613
                                   Facsimile: (215) 922-3524
                                   jgoodley@jslex.com

                                   *Attorneys for Plaintiff and*
                                   *the Settlement Class*