IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRITNY KEYES, on behalf of herself and all persons similarly situated,

    Plaintiff,

v.

G.E.C. Restaurant Management & Design, LLC, et al.

    Defendants.

Civil Action No.: 2:18-cv-01115-TR

FILED
DEC 18 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this __18__ day of __DEC.__, 2019, upon consideration of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement, it is hereby **ORDERED** that Plaintiff's Unopposed Motion is **GRANTED** as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate under the standards set forth in Fed. R. Civ. P. 23(e)(2);

2. For purposes of settlement, the following Settlement Class is finally certified under Fed. R. Civ. P. 23(a), (b)(3) and (e)(2):

> All individuals who were paid wages of less than $7.25 per hour worked and were employed in a tipped position by Defendants G.E.C. Restaurant Management & Design, LLC; Green Eggs Café 1306, Inc.; B.A.R. Midtown, Inc.; Strongfish Associates, Inc. or G.E.C. Shorepoints, LLC (collectively, "Defendants"), at Defendants' Green Eggs Café locations located at: 1306 Dickinson Street, Philadelphia, Pennsylvania; 212 S. 13th Street, Philadelphia, Pennsylvania; and 719 N. 2nd Street, Philadelphia, Pennsylvania from March 14, 2015 through April 1, 2019; or at the Green Eggs Café pop-up location at Keenan's Irish Pub located at 113 Olde New Jersey Avenue, North Wildwood, New Jersey from May 1, 2017 through September 30, 2017 (the "Settlement Class");

3. Plaintiff Britny Keyes is finally approved as representative of the Settlement Class and a $5,000 service award is finally approved for her service to the Settlement Class, and in exchange for her additional released claims;

4. A $1,000 service award is finally approved for Opt-In Plaintiff Rachel McCarthy for her service to the Settlement Class, and in exchange for her additional released claims;

5. A $1,000 service award is finally approved for Opt-In Plaintiff Jordan Strohl for her service to the Settlement Class, and in exchange for her additional released claims;

6. Jennings Sigmond, P.C. is finally approved as Class Counsel for the Settlement Class;

7. Class Counsel's attorneys' fees in the amount of $132,000.00 and costs in the amount of $8,820.59 are finally approved;

8. RG2 Claims Administration is finally approved as Settlement Administrator;

9. The Settlement Administrator's costs of $7,500.00 [handwritten: $8,600] are finally approved;

10. The Women's Law Center of Maryland is finally approved as *cy pres* recipient;

11. This action is **DISMISSED WITH PREJUDICE**, subject to the Court to maintaining jurisdiction over enforcement of the settlement.

BY THE COURT:

Rice, J.

2